**Dhany Dinar RINASTUTI, Petitioner**

v.

**ATTORNEY GENERAL OF THE UNITED STATES, Respondent.**

**No. 12–1978.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Oct. 17, 2012.

Opinion filed: Oct. 18, 2012.

Jack J.C. Herzig, Esq., Wyncote, PA, for Petitioner.

Eric H. Holder, Jr., Esq., Thomas W. Hussey, Esq., Glen T. Jaeger, Esq., United States Department of Justice, Office of Immigration Litigation, Civil Division, Washington, DC, for Respondent.

Before: SLOVITER, CHAGARES and GREENBERG, Circuit Judges.

### OPINION

PER CURIAM.

Dhany Rinastuti, a native and citizen of Indonesia, petitions for review of the agency's denial of relief. This is the companion case to C.A. No. 12–1977; Rinastuti is the partner of Ufuq Abror, the petitioner in that matter, and the relevant facts and issues in both matters are identical. Rinastuti fears potential persecution in Indonesia on account of a possible familial veto of her desired marriage to Abror, and also worries about societal disapproval of her children being born out of wedlock. For substantially the same reasons that we recited in 12–1977, however, Rinastuti has failed to show any basis to disturb the agency's final order of removal. We must therefore deny this petition for review.[1]

---

1. We exercise jurisdiction under 8 U.S.C. § 1252, as limited by 8 U.S.C. §§ 1158(a)(3) and 1252(d)(1).